994

Patricia Schwartz, Appellant, v Ishaque Nagori et al., Respondents.

Submitted September 8, 2014; decided October 23, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Cuadrado v New York City Tr. Auth.*, 14 NY3d 748 [2010]).

In the Matter of State of New York, Respondent, v Enrique T., Appellant.

Submitted July 28, 2014; decided October 23, 2014

Motion to amend the caption dismissed as academic.

In the Matter of State of New York, Respondent, v Enrique T. Appellant.

Submitted October 6, 2014; decided October 23, 2014

Motion by appellant for permission to withdraw the appeal granted and appeal marked withdrawn.

In the Matter of Trenasia J. Administration for Children's Services, Respondent; Frank J., Appellant. (Proceeding No. 1.)

In the Matter of Raymond J., an Infant. Administration for Children's Services, Respondent; Frank J., Appellant. (Proceeding No. 2.)

In the Matter of Tavia J., an Infant. Administration for Children's Services, Respondent; Frank J., Appellant. (Proceeding No. 3.)

In the Matter of Brije D., an Infant. Administration for Children's Services, Respondent; Frank J., Appellant. (Proceeding No. 4.)

Submitted October 20, 2014; decided October 23, 2014